**Adeline UWAZIH, Plaintiff–Appellant,**

v.

**Jeffrey SCHIERWAGEN; Hilda M. Barg; Carl M. Barg, Defendants–Appellees.**

**No. 02–1705.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2002.

Decided Jan. 15, 2003.

John O. Iweanoge, Rosslyn, Virginia, for Appellant. Steven Mark Levine, Alexandria, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Adeline Uwazih appeals the district court's order dismissing her diversity-based personal injury suit for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Uwazih v. Schierwagen,* No. CA–01–1369–A (E.D. Va. filed June 18, 2002; entered June 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

February, 2001, Compaq provided Jolly with      a copy of the comprehensive plan documents.

and argument would not aid the decisional process.

*AFFIRMED.*

To be entitled to a certificate of appealability, Wallace must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). When a district court dismisses solely on procedural grounds, the movant "must demonstrate both (1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right,' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.2001) (quoting *Slack v. McDaniel,* 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). Upon examination of Wallace's petition, we cannot conclude that reasonable jurists would find it debatable whether the district court correctly concluded that the petition was untimely filed. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.